# DECLARATION OF ATHAR BILGRAMI

I, Athar Bilgrami, being more than age eighteen and competent to testify about the matters contained herein, hereby declare and state as follows upon personal knowledge and information:

1. I am the Division Human Resources Leader for King Soopers.

2. King Soopers is a subsidiary of The Kroger Co. ("Kroger"). King Soopers operates grocery stores in Colorado.

3. King Soopers is independently managed and operates pursuant to its own policies. King Soopers decides which of its employees are exempt from the overtime requirements of the FLSA.

4. It is my understanding that Kroger has other subsidiaries that independently operate grocery stores in different geographic markets. Those subsidiaries operate entirely independently of King Soopers. King Soopers has no control over the policies or practices implemented by Kroger or any of its other subsidiaries.

5. Tammy Kibler worked for King Soopers from approximately May 2020 to March 2021. During that time, she was employed by King Soopers and was not employed by Kroger. To my knowledge, Kibler has never been employed by Kroger or any other Kroger subsidiary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Signature

__ATHAR BILGRAMI_____
Printed Name

Executed on this __16__ day of __July____, 2021.

4838-5653-2465, v. 1