**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-00509-CNS-MDB

TAMMY KIBLER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

THE KROGER COMPANY, an Ohio corporation;
DILLON COMPANIES, LLC d/b/a KING SOOPERS/CITY MARKET, a Kansas Limited Liability Company,

    Defendants.

**JOINT STATUS REPORT**

Plaintiff Tammy Kibler and Defendants The Kroger Co. ("Kroger") and Dillon Companies, LLC d/b/a King Soopers/City Market ("King Soopers") (King Soopers and Kroger are referred to collectively as "Defendants"), ("collectively, the "Parties") respectfully submit the following status report and state as follows:

1. Following their last submission to the Court, the Parties have discussed settlement terms and have exchanged a draft settlement agreement, which is currently under review.

2. Once the settlement agreement is executed, the Parties plan to file a joint motion to approve the settlement, along with relevant related filings.  The Parties anticipate that such filings should occur within the next 45 days.

3. The Parties respectfully request a status call with the Court to discuss formalizing the settlement.

4. The Parties make this request in good faith and not for the purpose of delay.

Respectfully submitted this 11th day of September, 2023.

| | |
|---|---|
| LEVENTHAL LEWIS<br>KUHN TAYLOR SWAN PC | JACKSON LEWIS P.C. |

*s/ Andrew Swan*
Paul F. Lewis
Andrew E. Smith
Leventhal Lewis
24 South Weber Street, Suite 205
Colorado Springs, CO 80903
Telephone: (719) 694-3000
plewis@ll.law; aswan@ll.law

*Attorneys for Plaintiff*

*s/ Melisa H. Panagakos*
Melisa H. Panagakos
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Melisa.Pangakos@jacksonlewis.com

Ryan M. Martin
201 East Fifth Street, 26th Floor
Cincinnati, Ohio 45202
Telephone: (513) 898-0050
Ryan.Martin@jacksonlewis.com

*Attorneys for Defendants The Kroger Co. and Dillon Companies, LLC d/b/a King Soopers/City Market*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of September, a true and correct copy of the foregoing was filed via CM/ECF and mailed upon the following:

Paul F. Lewis
Andrew E. Swan
LEVENTHAL LEWIS
KUHN TAYLOR SWAN PC
620 North Tejon Street, Suite 101
Colorado Springs, Colorado 80903
plewis@ll.law
aswan@ll.law

*ATTORNEYS FOR PLAINTIFF*

*s/ Christopher Trujillo*
for Jackson Lewis P.C.