IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 21-cv-00509-CNS-MDB | Date: October 13, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KIBLER<br>**Plaintiff** | *Andrew Swan* |
| v. | |
| THE KROGER COMPANY<br>DILLON COMPANIES LLC<br>**Defendants** | *Ryan Martin* |

### COURTROOM MINUTES

**TELEPHONE STATUS CONFERENCE**

Court in Session:  3:02 p.m.

Appearances of counsel – all participants are present via telephone.

Discussion held on settlement.

**ORDERED:  Parties do not need Court approval as to the settlement.**

Parties anticipate settlement paperwork to be completed by next week and will thereafter file a Stipulated Motion to Dismiss.

Court in Recess:  3:06 p.m.        Hearing concluded.        Total time in Court:  00:04