# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00509-CNS-MDB

TAMMY KIBLER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

THE KROGER COMPANY, an Ohio corporation;
DILLON COMPANIES, LLC d/b/a KING SOOPERS/CITY MARKET, a Kansas limited liability company,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Tammy Kibler ("Plaintiff"), on behalf of herself and all others similarly situated, by and through her attorneys, Leventhal Lewis Kuhn Taylor Swan PC, and Defendants The Kroger Company and Dillon Companies, LLC d/b/a King Soopers/City Market submit this Stipulation to Dismiss this matter with each party to bear her/its own attorneys' fees and costs.

Respectfully submitted this 22nd day of November, 2023.

| | |
|---|---|
| */s/ Andrew E. Swan* | */s/ Ryan M. Martin* |
| Paul F. Lewis | Ryan M. Martin |
| Andrew E. Swan | JACKSON LEWIS P.C. |
| LEVENTHAL \| LEWIS | 201 E. Fifth Street, 26th Floor |
| KUHN TAYLOR SWAN PC | Cincinnati, Ohio 45202 |
| 24 South Weber Street, Suite 205 | Phone: (513) 898-0050 |
| Colorado Springs, Colorado 80903 | Email: ryan.martin@jacksonlewis.com |
| Phone: (719) 694-3000 | |
| Email: plewis@ll.law | Melisa H. Panagakos |
|        aswan@ll.law | 950 17th Street, Suite 2600 |
| | Denver, Colorado 80202 |
| *Attorneys for Plaintiff* | Phone: (303) 892-0404 |
| | Email: melisa.panagakos@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |